**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| THOMAS O'DELL,<br><br>    Plaintiff,<br>vs.<br><br>WESLEY LEE, SPECTRUM SECURITY SERVICES, INC. and DOES 1 through 20 inclusive,<br><br>    Defendants. | Case No. 5:15-cv-00146-DOC (SPx)<br><br>Judge: Hon. David O. Carter<br>Dept: 9D<br><br>**JUDGMENT** |

Defendant Spectrum Security Services, Inc.'s Motion for Summary Judgment came on for hearing on April 18, 2016, the Honorable David O. Carter, Judge Presiding.

After full consideration of the evidence and authorities presented by the parties, and after oral argument, the Court GRANTED the Motion in its entirety, and entered an Order granting the Motion on April 22, 2016.

Accordingly, it is ORDERED AND ADJUDGED:

1. Plaintiff Thomas O'Dell shall recover nothing from Defendant Spectrum Security Services, Inc.

*/s/ David O. Carter*
_____
DAVID O. CARTER
U.S. District Judge

Dated: April 25, 2016